THE STATE OF NEW JERSEY, PLAINTIFF IN ERROR, v. ABRAM PREISKEL ET AL., DEFENDANTS IN ERROR.

Argued May 25, 1936—Decided October 2, 1936.

For the plaintiff in error, *James D. Carpenter, Jr.*

For the defendants in error, *Ward & McGinnis* and *R. Lewis Kennedy.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—The Chancellor, Bodine, Perskie, Hetfield, WolfsKeil, Rafferty, JJ. 6.

*For reversal*—Case, Heher, Dear, Wells, JJ. 4.